**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Alexander Judka*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Alexander.judka@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2825*

August 27, 2026

# ORDER

**BY ECF**
Honorable Edward S. Kiel, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

**Re:** ***Xoc Sactic v. Elizabeth Contract Detention Facility, et al.*, No. 26-10719 (ESK)**
**Petitioner's Release**

Dear Judge Kiel:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 12:40 p.m. on August 27, 2026.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Alexander Judka*
ALEXANDER JUDKA
Assistant United States Attorney
*Attorneys for Respondents*

**So Ordered.**

***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: August 28, 2026**

cc: Counsel of Record (by ECF)